UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA

**FILED**
November 4, 2022
CLERK, US DSITRICT COURT
EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MONICA MOUA<br><br>Defendant. | Case No. 2:22-cr-00213-KJM<br><br>**ORDER FOR RELEASE OF PERSON IN CUSTODY** |

TO:   UNITED STATES MARSHAL:

This is to authorize and direct you to release <u>MONICA MOUA</u> Case No. <u>2:22-cr-00213-KJM</u>  Charges <u>18 USC § 371</u> from custody for the following reasons:

    _____   Release on Personal Recognizance

    _____   Bail Posted in the Sum of $ _____

      X     Unsecured Appearance Bond $  25,000.00 Co-signed by Julianna Vang and Houa Vang

    _____   Appearance Bond with 10% Deposit

    _____   Appearance Bond with Surety

    _____   Corporate Surety Bail Bond

    _____   (Other): \_\_

Issued at Sacramento, California on November 4, 2022, at 2:00 PM

_/s/ Kendall J. Newman_
KENDALL J. NEWMAN
UNITED STATES MAGISTRATE JUDGE