PHILLIP A. TALBERT
United States Attorney
VERONICA M.A. ALEGRÍA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA  95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | 2:22-CR-00213-KJM |
|---|---|
| Plaintiff, | |
| v. | PRELIMINARY ORDER OF FORFEITURE |
| TOU SUE VANG, ANDREW VANG, AND MONICA MOUA, | |
| Defendants. | |

Based upon the plea agreements entered into between plaintiff United States of America and defendants Tou Sue Vang, Andrew Vang, and Monica Moua, it is hereby ORDERED, ADJUDGED AND DECREED as follows:

1. Pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1), defendants Tou Sue Vang, Andrew Vang, and Monica Moua's interest in the following property shall be condemned and forfeited to the United States of America, to be disposed of according to law:

    a. Approximately $152,783.00 in U.S. Currency;
    b. Approximately $2,400.00 in U.S. Currency;
    c. Approximately $2,000.00 in U.S. Currency;
    d. Approximately $1,000.00 in U.S. Currency;
    e. Approximately $1,200.00 in U.S. Currency;
    f. Approximately $400.00 in U.S. Currency;
    g. Approximately $1,300.00 in U.S. Currency;

1

| | | |
|---|---|---|
| | h. | Approximately $2,200.00 in U.S. Currency; |
| | i. | Approximately $2,000.00 in U.S. Currency; |
| | j. | 2019 Toyota Highlander, VIN: 5TDJZRFH6KS624526, License Number 8MWN102; |
| | k. | 2020 Toyota Rav4, VIN: 2T3PIRFV7LC067683, License Number 8YFF502; |
| | l. | 2020 Ford F-250 Truck, VIN: 1FT7W2BT8LEE33122, License Number 50042B3; |
| | m. | 2021 Tesla Model S, VIN: 5YJSAIE60MF438579, License Number 8YVC381; |
| | n. | 2021 Tesla Model 3, VIN: 5YJ3EIEC6MF077454, License Number 8YYM381; |
| | o. | 2021 Mazda Miata MX-5, VIN: JMINDAM71M0458921, License Number CB44S66; |
| | p. | 2013 Subaru BRZ, VIN: JFIZCAC15D1601032, License Number S826518; |
| | q. | 2000 Acura NSX, VIN: JH4NA2163YT000150, License Number 9BWF072; |
| | r. | 2021 Sea-Doo 12MJ00, VIN: YDV33995L021, License Number CF1846VU; |
| | s. | 2021 Sea-Doo 12MK00, VIN: YDV34086L021, License Number CF1847VU; |
| | t. | 2017 Toyota Tacoma, VIN: 3TMCZ5AN2HM097673, License Number 56740R2; |
| | u. | 2021 Sea-Doo RXT X 300, VIN: YDV98370F121, License Number CF6085VU; |
| | v. | 2021 Sea-Doo RXP-X300, VIN: YDV38789A121, License Number CF0470ZN; |
| | w. | 2021 Polaris ATV, VIN: 3NSPAL925MF146661, License Number BM4V62; |
| | x. | 2021 Polaris ATV, VIN: 3NSPAL924MG612753, License Number BPI T56; |
| | y. | 2021 MAXX-D Trailer, VIN: 5R8BC2023MM076705, License Number 4UA5825; |
| | z. | 2019 Toyota Camry SE, VIN: 4TIB11HK9KU836639, License Number 8FNX657; |
| | aa. | 2011 Toyota Forklift, Model Number 8FGCU25, Serial Number 34709; |
| | bb. | 1973 Toyota Celica, VIN: TA20060085, License Number 8GPV202; |
| | cc. | 2021 Zieman J2 Trailer, VIN: 1ZCS15018MZ359258, License Number 4TY8758; |
| | dd. | 2019 Karavan Trailer, VIN: 5KTWS1714KF546822, License Number 4SR2992; |
| | ee. | Skunk Racing Engine and Transmission; |
| | ff. | Dynapack Dynamometer; |
| | gg. | Pallet Shrink Wrapping Machine PEC-PW-B02, Serial Number 201204; |
| | hh. | IPG Lightweld 1500 Welder, Serial Number LWHH32104029; |
| | ii. | Baileigh Industrial, Model CS-350P, Cold Chop Saw and Pneumatic Vise; |
| | jj. | Approximately 1 pallet of catalytic converters; |
| | kk. | Approximately 12 catalytic converters; |
| | ll. | Platinum diamond wedding ring set; |
| | mm. | Gold necklace with gold heart pendant; |
| | nn. | Thick gold necklace with gold dragon shaped pendant; |
| | oo. | Approximately $2,580.67 seized from Wells Fargo Bank account number 1964137846; |
| | pp. | 2017 Chevrolet SS, VIN: 6G3F25RW8HL300262, License Number 8THL966; |
| | qq. | 2017 Chevrolet SS, VIN: 6G3F15RW7HL300143, License Number 8RNK772; |
| | rr. | Approximately $10,950.00 in the form of a Cashier's Check; |
| | ss. | Real property located at 8201 Home Country Way, Sacramento, California, Sacramento County, APN: 115-0252-015-0000; |
| | tt. | Real property located at 6148 20th Street, Rio Linda, California, Sacramento County, APN: 215-0111-001-0000; and |
| | uu. | 2012 Toyota Tundra-Platinum, VIN: 5TFHY5Fl5CX219122, License Number 76655El. |

/////

/////

2. The above-listed property constitutes property that was involved in, proceeds of and traceable to, and/or facilitated violations of 18 U.S.C. §§ 371, 1956(a)(1)(B)(i), 1956(h), 1957(a), 2314 or 31 U.S.C. §§ 5324(a)(3), 5324(d)(2).

3. Pursuant to Rule 32.2(b)(3), the Attorney General (or a designee) shall be authorized to seize the above-listed property. The aforementioned property shall be seized and held by the U.S. Marshals Service, in its secure custody and control.

4. a. Pursuant to 18 U.S.C. § 982(b)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1)(B), incorporating 21 U.S.C. § 853(n), and Local Rule 171, the United States shall publish notice of the order of forfeiture. Notice of this Order and notice of the Attorney General's (or a designee's) intent to dispose of the property in such manner as the Attorney General may direct shall be posted for at least 30 consecutive days on the official internet government forfeiture site www.forfeiture.gov. The United States may also, to the extent practicable, provide direct written notice to any person known to have alleged an interest in the property that is the subject of the order of forfeiture as a substitute for published notice as to those persons so notified.

b. This notice shall state that any person, other than the defendants, asserting a legal interest in the above-listed property, must file a petition with the Court within sixty (60) days from the first day of publication of the Notice of Forfeiture posted on the official government forfeiture site, or within thirty (30) days from the receipt of direct written notice, whichever is earlier.

5. If a petition is timely filed, upon adjudication of all third-party interests, if any, this Court will enter a Final Order of Forfeiture pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1), in which all interests will be addressed.

SO ORDERED this 12th day of December, 2023.

_____
CHIEF UNITED STATES DISTRICT JUDGE