ERIC GRANT
United States Attorney
VERONICA M.A. ALEGRÍA
KEVIN C. KHASIGIAN
Assistant U. S. Attorneys
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>TOU SUE VANG,<br>ANDREW VANG, AND<br>MONICA MOUA,<br><br>Defendants. | 2:22-CR-00213-DC<br><br>FINAL ORDER OF FORFEITURE |

On December 12, 2023, this Court entered a Preliminary Order of Forfeiture pursuant to the provisions of 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1), based upon the plea agreements entered into between the United States of America and defendants Tou Sue Vang, Andrew Vang, and Monica Moua forfeiting to the United States the following property:

a. Approximately $152,783.00 in U.S. Currency;
b. Approximately $2,400.00 in U.S. Currency;
c. Approximately $2,000.00 in U.S. Currency;
d. Approximately $1,000.00 in U.S. Currency;
e. Approximately $1,200.00 in U.S. Currency;
f. Approximately $400.00 in U.S. Currency;
g. Approximately $1,300.00 in U.S. Currency;
h. Approximately $2,200.00 in U.S. Currency;
i. Approximately $2,000.00 in U.S. Currency;
j. 2019 Toyota Highlander, VIN: 5TDJZRFH6KS624526, License Number 8MWN102;
k. 2020 Toyota Rav4, VIN: 2T3PIRFV7LC067683, License Number 8YFF502;

l. 2020 Ford F-250 Truck, VIN: 1FT7W2BT8LEE33122, License Number 50042B3;
m. 2021 Tesla Model S, VIN: 5YJSAIE60MF438579, License Number 8YVC381;
n. 2021 Tesla Model 3, VIN: 5YJ3EIEC6MF077454, License Number 8YYM381;
o. 2021 Mazda Miata MX-5, VIN: JMINDAM71M0458921, License Number CB44S66;
p. 2013 Subaru BRZ, VIN: JFIZCAC15D1601032, License Number S826518;
q. 2000 Acura NSX, VIN: JH4NA2163YT000150, License Number 9BWF072;
r. 2021 Sea-Doo 12MJ00, VIN: YDV33995L021, License Number CF1846VU;
s. 2021 Sea-Doo 12MK00, VIN: YDV34086L021, License Number CF1847VU;
t. 2017 Toyota Tacoma, VIN: 3TMCZ5AN2HM097673, License Number 56740R2;
u. 2021 Sea-Doo RXT X 300, VIN: YDV98370F121, License Number CF6085VU;
v. 2021 Sea-Doo RXP-X300, VIN: YDV38789A121, License Number CF0470ZN;
w. 2021 Polaris ATV, VIN: 3NSPAL925MF146661, License Number BM4V62;
x. 2021 Polaris ATV, VIN: 3NSPAL924MG612753, License Number BPI T56;
y. 2021 MAXX-D Trailer, VIN: 5R8BC2023MM076705, License Number 4UA5825;
z. 2019 Toyota Camry SE, VIN: 4TIB11HK9KU836639, License Number 8FNX657;
aa. 2011 Toyota Forklift, Model Number 8FGCU25, Serial Number 34709;
bb. 1973 Toyota Celica, VIN: TA20060085, License Number 8GPV202;
cc. 2021 Zieman J2 Trailer, VIN: 1ZCS15018MZ359258, License Number 4TY8758;
dd. 2019 Karavan Trailer, VIN: 5KTWS1714KF546822, License Number 4SR2992;
ee. Skunk Racing Engine and Transmission;
ff. Dynapack Dynamometer;
gg. Pallet Shrink Wrapping Machine PEC-PW-B02, Serial Number 201204;
hh. IPG Lightweld 1500 Welder, Serial Number LWHH32104029;
ii. Baileigh Industrial, Model CS-350P, Cold Chop Saw and Pneumatic Vise;
jj. Approximately 1 pallet of catalytic converters;
kk. Approximately 12 catalytic converters;
ll. Platinum diamond wedding ring set;
mm. Gold necklace with gold heart pendant;
nn. Thick gold necklace with gold dragon shaped pendant;
oo. Approximately $2,580.67 seized from Wells Fargo Bank account number 1964137846;
pp. 2017 Chevrolet SS, VIN: 6G3F25RW8HL300262, License Number 8THL966;
qq. 2017 Chevrolet SS, VIN: 6G3F15RW7HL300143, License Number 8RNK772;
rr. Approximately $10,950.00 in the form of a Cashier's Check;
ss. Real property located at 8201 Home Country Way, Sacramento, California, Sacramento County, APN: 115-0252-015-0000;
tt. Real property located at 6148 20th Street, Rio Linda, California, Sacramento County, APN: 215-0111-001-0000; and
uu. 2012 Toyota Tundra-Platinum, VIN: 5TFHY5Fl5CX219122, License Number 76655El.

Beginning on December 22, 2023, for at least 30 consecutive days, the United States published notice of the Court's Order of Forfeiture on the official internet government forfeiture site www.forfeiture.gov. Said published notice advised all third parties of their right to petition the Court within sixty (60) days from the first day of publication of the notice for a hearing to adjudicate the

validity of their alleged legal interest in the forfeited property.

The United States sent direct written notice by certified mail to the following individuals and entities known to have an alleged interest in some of the above-described property:

a. Xong Thao: A notice letter was sent via certified mail to Xong Thao at 2916 S Meadows Place, Apt. A, Sacramento, CA 95822 on April 12, 2024. The envelope was returned to the U.S. Attorney's Office as "unclaimed" on May 13, 2024.

b. Julianna and Houa Vang: A notice letter was sent via certified mail to Julianna and Houa Vang at 6148 20th Street, Rio Linda, CA 95673 on April 12, 2024. The PS Form 3811 (certified mail "green card" showing delivery of mail) was signed by Monica Moua on April 24, 2024.

c. Houa Vang: A notice letter was sent via certified mail to Houa Vang at 5345 Yvette Way, Sacramento, CA 95823 on April 12, 2024. The envelope was returned to the U.S. Attorney's Office as "attempted – not known, unable to forward" on April 23, 2024.

d. County of Sacramento Department of Finance: A notice letter was sent via certified mail to County of Sacramento Department of Finance at 9700 Goethe Road, Suite C, Sacramento, CA 95827 on April 12, 2024. Neither the envelope, nor the PS Form 3811 (certified mail "green card" showing delivery of mail) were returned to the U.S. Attorney's Office.

e. Poua Vang: A notice letter was sent via certified mail to Poua Vang at 5251 Young Street, Apt. A, Sacramento, CA 95824 on April 16, 2024. The envelope was returned to the U.S. Attorney's Office as "not deliverable as addressed, unable to forward" on June 24, 2024.

f. Kassandra Glenn: A notice letter was sent via certified mail to Kassandra Glenn at 354 Berry Road, Royal Oaks, CA 95076 on April 16, 2024. The envelope was returned to the U.S. Attorney's Office as "attempted – not known, unable to forward" on April 26, 2024.

g. Kassandra Glenn: A notice letter was sent via certified mail to Kassandra Glenn at 3065 Finnian Way, Apt. 308, Dublin, CA 94568-4510 on May 20, 2024. The envelope was returned to the U.S. Attorney's Office as "refused, unable to forward" on May 29, 2024.

The Court has been advised that no third party has filed a claim to the subject property, and the time for any person or entity to file a claim has expired.

Accordingly, it is hereby ORDERED and ADJUDGED:

1. A Final Order of Forfeiture shall be entered forfeiting to the United States all right, title, and interest in the below-listed property, pursuant to 18 U.S.C. §§ 981(a)(1)(C), 982(a)(1), 28 U.S.C. § 2461(c), and 31 U.S.C. § 5317(c)(1), including all right, title, and interest of Tou Sue Vang, Andrew Vang, Monica Moua, Xong Thao, Julianna Vang, Houa Vang, Poua Vang, Kassandra Glenn, and the

County of Sacramento Department of Finance:

a. Approximately $152,783.00 in U.S. Currency, plus all accrued interest;
b. Approximately $2,400.00 in U.S. Currency, plus all accrued interest;
c. Approximately $2,000.00 in U.S. Currency, plus all accrued interest;
d. Approximately $1,000.00 in U.S. Currency, plus all accrued interest;
e. Approximately $1,200.00 in U.S. Currency, plus all accrued interest;
f. Approximately $400.00 in U.S. Currency, plus all accrued interest;
g. Approximately $1,300.00 in U.S. Currency, plus all accrued interest;
h. Approximately $2,200.00 in U.S. Currency, plus all accrued interest;
i. Approximately $2,000.00 in U.S. Currency, plus all accrued interest;
j. 2019 Toyota Highlander, VIN: 5TDJZRFH6KS624526, License Number 8MWN102;
k. 2020 Toyota Rav4, VIN: 2T3PIRFV7LC067683, License Number 8YFF502;
l. 2020 Ford F-250 Truck, VIN: 1FT7W2BT8LEE33122, License Number 50042B3;
m. 2021 Tesla Model S, VIN: 5YJSAIE60MF438579, License Number 8YVC381;
n. 2021 Tesla Model 3, VIN: 5YJ3EIEC6MF077454, License Number 8YYM381;
o. 2021 Mazda Miata MX-5, VIN: JMINDAM71M0458921, License Number CB44S66;
p. 2013 Subaru BRZ, VIN: JFIZCAC15D1601032, License Number S826518;
q. 2000 Acura NSX, VIN: JH4NA2163YT000150, License Number 9BWF072;
r. 2021 Sea-Doo 12MJ00, VIN: YDV33995L021, License Number CF1846VU;
s. 2021 Sea-Doo 12MK00, VIN: YDV34086L021, License Number CF1847VU;
t. 2017 Toyota Tacoma, VIN: 3TMCZ5AN2HM097673, License Number 56740R2;
u. 2021 Sea-Doo RXT X 300, VIN: YDV98370F121, License Number CF6085VU;
v. 2021 Sea-Doo RXP-X300, VIN: YDV38789A121, License Number CF0470ZN;
w. 2021 Polaris ATV, VIN: 3NSPAL925MF146661, License Number BM4V62;
x. 2021 Polaris ATV, VIN: 3NSPAL924MG612753, License Number BPI T56;
y. 2021 MAXX-D Trailer, VIN: 5R8BC2023MM076705, License Number 4UA5825;
z. 2019 Toyota Camry SE, VIN: 4TIB11HK9KU836639, License Number 8FNX657;
aa. 2011 Toyota Forklift, Model Number 8FGCU25, Serial Number 34709;
bb. 1973 Toyota Celica, VIN: TA20060085, License Number 8GPV202;
cc. 2021 Zieman J2 Trailer, VIN: 1ZCS15018MZ359258, License Number 4TY8758;
dd. 2019 Karavan Trailer, VIN: 5KTWS1714KF546822, License Number 4SR2992;
ee. Skunk Racing Engine and Transmission;
ff. Dynapack Dynamometer;
gg. Pallet Shrink Wrapping Machine PEC-PW-B02, Serial Number 201204;
hh. IPG Lightweld 1500 Welder, Serial Number LWHH32104029;
ii. Baileigh Industrial, Model CS-350P, Cold Chop Saw and Pneumatic Vise;
jj. Approximately 1 pallet of catalytic converters;
kk. Approximately 12 catalytic converters;
ll. Platinum diamond wedding ring set;
mm. Gold necklace with gold heart pendant;
nn. Thick gold necklace with gold dragon shaped pendant;
oo. Approximately $2,580.67 seized from Wells Fargo Bank account number 1964137846, plus all accrued interest;
pp. 2017 Chevrolet SS, VIN: 6G3F25RW8HL300262, License Number 8THL966;
qq. 2017 Chevrolet SS, VIN: 6G3F15RW7HL300143, License Number 8RNK772;
rr. Approximately $10,950.00 in the form of a Cashier's Check, plus all accrued interest;

ss. Real property located at 8201 Home Country Way, Sacramento, California, Sacramento County, APN: 115-0252-015-0000;

tt. Real property located at 6148 20th Street, Rio Linda, California, Sacramento County, APN: 215-0111-001-0000; and

uu. 2012 Toyota Tundra-Platinum, VIN: 5TFHY5Fl5CX219122, License Number 76655El.

2. All right, title, and interest in the above-listed property shall vest solely in the name of the United States of America.

3. The U.S. Marshals Service (or its designee) shall maintain custody of and control over the subject property until it is disposed of according to law.

4. Within sixty (60) days from entry of this Final Order of Forfeiture forfeiting the above-listed property, the U.S. Marshals Service shall return the following assets to defendant Monica Moua through attorney Shari G. Rusk:

a. Thin gold necklace with gold rectangular pendant inscribed with a "L",

b. Thin gold necklace and gold rectangular pendant inscribed with a "J" and broken gold necklace,

c. Gold necklace with gold heart pendant containing a synthetic ruby, gold cable link necklace, and two pairs of gold earrings,

d. Approximately 9 large silver bars and 8 small silver bars, and

e. Approximately 84 Piastre Indo-China (Vietnam) silver coins and 2 Mexican Republic silver coins.

IT IS SO ORDERED.

Dated: **September 14, 2026**

Dena Coggins
United States District Judge